ST. CHARLES JOURNAL, INC.,
Plaintiff-Respondent,

v.

Robert RUFF, d/b/a Primal Cut, et al.,
Defendant-Appellant.

No. 49051.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 26, 1985.

W. Morris Taylor, Clayton, for defendant-appellant.

Gerald J. Bamberger, St. Charles, for plaintiff-respondent.

ORDER

PER CURIAM:

Judgment of the trial court is affirmed. Rule 84.16(b).